USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/15/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SYLVIA SANTOS,                        :
                                      :
         Plaintiff,                   :    10 Civ. 6948 (JSR)
                                      :
    -v-                               :    ORDER
                                      :
GENERAL ELECTRIC COMPANY,             :
                                      :
         Defendant.                   :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

On September 28, 2011, the Honorable Michael H. Dolinger, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court grant the motion of General Electric Company ("GE") to dismiss the complaint, grant GE's motion to confirm the parties' May 26, 2010 arbitration award, and deny GE's motion for an injunction precluding plaintiff from filing future lawsuits without prior court permission. Subsequently, on October 14, 2011, Ms. Santos submitted objections to certain portions of the Report and Recommendation. Accordingly, the Court has reviewed the petition and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Dolinger's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court dismisses Ms. Santos's complaint with prejudice, confirms the May 26, 2010 arbitration award, and denies GE's request for an injunction. Moreover, the Court certifies that any appeal from this Order would not be taken in good faith, as her claims lack any arguable basis in law or fact, and therefore permission to proceed in forma pauperis is also

denied. See 28 U.S.C. § 1915(a)(3); see also Seimon v. Emigrant Savs. Bank (In re Seimon), 421 F.3d 167, 169 (2d Cir. 2005). Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
November 14, 2011

2