```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SYLVIA SANTOS,                       :
                                     :
              Plaintiff,             :      10 Civ. 6948 (JSR)
                                     :
      -v-                            :      ORDER
                                     :
GENERAL ELECTRIC COMPANY,            :
                                     :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On November 13, 2013, the Honorable Michael H. Dolinger, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending no further action by the Court concerning defendant's motion to preclude plaintiff from filing further papers without the Court's prior permission.

Neither party has filed any objection to the Report and Recommendation, and, for that reason alone, each has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses the motion.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 6, 2013